UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANET PALMER-CARRI,<br><br>             Plaintiff,<br><br>v.<br><br>MAPLEWOOD VILLAGE CONDO REGENCY MGMT., TOWNSHIP OF MAPLEWOOD,<br><br>             Defendants. | Civ. No. 13-cv-4373 (KM)(SM)<br><br>ORDER |

**KEVIN MCNULTY, U.S.D.J.:**

This matter comes before the Court on the unopposed motion by Defendant Maplewood Village Condo Regency Management to dismiss the Complaint for lack of prosecution. (Dkt. No. 24) I referred the motion to United States Magistrate Judge Steven C. Mannion pursuant to 28 U.S.C. § 636(b)(1)(A). Judge Mannion issued a Report and Recommendation (Dkt. No. 25) on March 12, 2015 recommending that the motion be granted.

Federal Rule of Civil Procedure 72(b)(2) gives parties 14 days to object to a magistrate judge's report and recommendation on a dispositive motion. Here, neither side objected to Judge Mannion's recommendation of dismissal without prejudice. Accordingly, for the reasons stated in Judge Mannion's Report and Recommendation:

**IT IS** this 29th day of May, 2015,

**ORDERED** that the Report and Recommendation is hereby **ADOPTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

*/s/ Kevin McNulty*
**KEVIN MCNULTY, U.S.D.J.**